IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
|---|---|---|
| v. | : | |
| | : | No. 19-86-1 |
| JOSE ANICO *also known as* "A.M." | : | |

ORDER

Upon independent review of the Report and Recommendation of U.S. Magistrate Judge Timothy R. Rice, and the transcript of the guilty plea proceedings, it is ORDERED that the Report and Recommendation is APPROVED and ADOPTED. I accept the guilty plea of Jose Anico entered on April 17, 2019. Sentence will be imposed on August 5, 2019 at 1:30 P.M. (Courtroom TBA).

DATE: APRIL 18, 2019

BY THE COURT:

Jeffrey L. Schmehl
U.S. District Court Judge