IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 19-86 |
| JOSE ANICO | |

## ORDER

**AND NOW**, this 9th day of September, 2020, upon review of Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Docket No. 38), and the government's response thereto, and after argument being held, it is hereby **ORDERED** Defendant's motions are **DENIED**, as he does not qualify for release from incarceration.

**BY THE COURT:**

/s/ Jeffrey L. Schmehl
Jeffrey L. Schmehl, J.